MARIA VOSS, as Administratrix of the Estate of CHARLES VOSS, Deceased, Respondent, v. HOWARD L. SNYDER, Appellant.— Judgment and order affirmed, with costs. All concur, except Taylor, P. J., and McCurn, J., who dissent and vote for reversal and for granting a new trial on the ground that the verdict is against the weight of the evidence. (The judgment is for plaintiff in an automobile negligence action. The order denies a motion for a new trial.) Present — Taylor, P. J., Dowling, Harris, McCurn and Love, JJ.

In the Matter of the Probate of the Will of JOHN W. GRENZEBACH, Deceased. CHARLES G. GRENZEBACH et al., Appellants; EMMA L. MULLEN et al., Respondents.— Order modified on the facts and as a matter of discretion so as to stay the trial of the issues until the September, 1945, Term of court, with leave to either party at the opening of the court in September, 1945, to make such further application as they may be advised, and as so modified affirmed, without costs of this appeal to any party. All concur. (The order grants objectants' motion for a preference and denies proponents' motion to place the cause of action on the military calendar, or in the alternative to hold the trial until September, 1945.) Present — Taylor, P. J., Harris, McCurn, Larkin and Love, JJ.

<hr/>

## (May 23, 1945.)

ROSE FURMAN, Appellant, v. WALTER F. FURMAN, Respondent, et al., Defendants.— Judgment reversed on the law, without costs of this appeal to any party, and a new trial granted, on the ground that the proof as set forth in the stipulated facts does not sustain the judgment. Appeal from order dismissed, without costs, as academic in view of the decision on the appeal from the judgment. All concur. (The judgment cancels of record a deed of realty to plaintiff and awards title and possession of said property to defendant Walter F. Furman; the order denies plaintiff's motion to set aside the judgment and grants defendant's cross motion to allow the use of a copy of the order of reference signed by Judge MALONEY, the original having been lost.) Present — Taylor, P. J., Harris, McCurn, Larkin and Love, JJ.

JOSEPH KOZUB et al., Respondents, v. TOWN OF LANCASTER et al., Appellants. —Judgment and order affirmed, with costs. All concur. (The judgment is for plaintiffs in an action in trespass. The order denies defendants' motion for a new trial.) Present — Taylor, P. J., Dowling, McCurn, Larkin and Love, JJ. [See post, p. 924.]